# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  GLENN A WILLIAMS                                         Case No.: 23-13171-JDW
       TOUSHA F WILLIAMS
       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2023.
2) The plan was confirmed on 12/15/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/14/2024.
5) The case was dismissed on 04/18/2024.
6) Number of months from filing or conversion to last payment: 6.
7) Number of months case was pending: 7.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 53,000.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $13,944.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$13,944.00** |

**Expenses of Administration:**
| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $2,441.60 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $976.08 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,417.68** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FRANKLIN FINANCIAL CORP | Unsecured | 1,357.00 | 1,282.20 | 1,282.20 | 53.35 | .00 |
| ACCOUNTS RECEIVABLE MANAGEMEN | Unsecured | 35.00 | NA | NA | .00 | .00 |
| ACTION COLLECTION | Unsecured | 37.00 | NA | NA | .00 | .00 |
| AMERICAN FIRST FINANCE | Unsecured | 872.00 | NA | NA | .00 | .00 |
| APPLIED CREDIT BANK | Unsecured | 938.00 | NA | NA | .00 | .00 |
| B JOEY HOOD II, ATTNY AT LAW PLLC | Secured | NA | NA | NA | .00 | .00 |
| BECKETT AND LEE LLP | Unsecured | 139.26 | NA | NA | .00 | .00 |
| BECKETT AND LEE LLP | Unsecured | .01 | 869.15 | 869.15 | 36.20 | .00 |
| CAPITAL ACCOUNTS LLC | Unsecured | 132.00 | NA | NA | .00 | .00 |
| CAPITAL COMMUNITY BANK | Unsecured | 853.00 | NA | NA | .00 | .00 |
| CARVANA LLC | Unsecured | 9,422.00 | 12,144.68 | 12,144.68 | 506.05 | .00 |
| CASH ADVANCE | Unsecured | 200.00 | NA | NA | .00 | .00 |
| CASH AMERICA TODAY | Unsecured | 719.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re:  GLENN A WILLIAMS  
       TOUSHA F WILLIAMS  
       Debtor(s)

Case No.: 23-13171-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASHNETUSA | Unsecured | 4,075.00 | 2,160.84 | 2,160.84 | 90.05 | .00 |
| CREDENCE RESOURCE MANAGEMENT | Unsecured | 978.00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 17,515.00 | 18,112.98 | 18,112.98 | 1,328.70 | 464.60 |
| CREDIT ACCEPTANCE CORP | Secured | 8,664.00 | 9,056.26 | 9,056.26 | 664.30 | 232.30 |
| CREDIT CORP SOLUTIONS | Unsecured | 1,096.00 | NA | NA | .00 | .00 |
| CREDIT NINJA | Unsecured | 836.00 | NA | NA | .00 | .00 |
| DESOTO EAR, NOSE, & THROAT | Unsecured | 127.00 | NA | NA | .00 | .00 |
| ENDOSCOPY CENTER OF NORTH MS | Unsecured | NA | NA | NA | .00 | .00 |
| FAMILY CHOICE | Unsecured | 2,712.00 | 1,792.56 | 1,792.56 | 74.70 | .00 |
| FAMILY MEDICAL CLINIC | Unsecured | 95.00 | NA | NA | .00 | .00 |
| FDOT | Unsecured | 14.00 | NA | NA | .00 | .00 |
| FIRST METROPOLITAN FINANCIAL SVCS | Secured | 1,188.00 | NA | NA | .00 | .00 |
| FIRST METROPOLITAN FINANCIAL SVCS | Unsecured | 1,774.00 | 1,243.95 | 1,243.95 | 51.85 | .00 |
| FIRST METROPOLITAN FINANCIAL SVCS | Unsecured | 1,560.00 | NA | NA | .00 | .00 |
| FRIGG FINANCE LLC | Unsecured | 3,200.00 | 3,200.00 | 3,200.00 | 1,600.00 | .00 |
| FSB BLAZE MASTERCARD | Unsecured | 431.00 | NA | NA | .00 | .00 |
| GASTRO ONE | Unsecured | 392.00 | NA | NA | .00 | .00 |
| GET GREEN 123 | Unsecured | 1,721.00 | NA | NA | .00 | .00 |
| GLOBAL LENDING SERVICES, LLC | Secured | 27,167.00 | 27,383.15 | 27,383.15 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1,490.00 | 5,020.96 | 5,020.96 | 418.40 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,188.08 | 2,188.08 | 787.14 | .00 |
| LENDLY | Unsecured | 846.00 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | Unsecured | NA | NA | NA | .00 | .00 |
| MECLINA TN TRAFFIC | Unsecured | 75.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT INC | Unsecured | .01 | 394.71 | 394.71 | 16.45 | .00 |
| MIDLAND FUNDING | Unsecured | 394.00 | NA | NA | .00 | .00 |
| MIDSOUTH MEDICINE PC | Unsecured | 22.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | NA | NA | NA | .00 | .00 |
| MONEY TYME BATESVILLE | Unsecured | 3,152.00 | 2,000.00 | 2,000.00 | 83.35 | .00 |
| MS DEPARTMENT OF REVENUE | Priority | 2,680.00 | 3,967.85 | 3,967.85 | 278.91 | .00 |
| MS DEPARTMENT OF REVENUE | Unsecured | NA | 350.91 | 350.91 | 6.57 | .00 |
| MY QUICK WALLET | Unsecured | 730.00 | NA | NA | .00 | .00 |
| NO WORRIES AUTO GROUP | Secured | 4,500.00 | 4,901.25 | 4,901.25 | 359.53 | 125.72 |
| ONEMAIN FINANCIAL | Secured | 5,000.00 | 15,024.35 | 5,000.00 | 366.80 | 128.25 |
| ONEMAIN FINANCIAL | Unsecured | NA | 10,024.35 | 10,024.35 | 417.70 | .00 |
| OXFORD SURGICAL & BARIATRIC CLINI | Unsecured | 66.00 | 66.15 | 66.15 | 2.75 | .00 |
| PATH GROUP | Unsecured | 120.00 | NA | NA | .00 | .00 |
| PERCH LOANS | Unsecured | 750.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT SERVICES I | Unsecured | 40.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: GLENN A WILLIAMS  
      TOUSHA F WILLIAMS  
    Debtor(s)

Case No.: 23-13171-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PROGRESSIVE LEASING, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| RAQUEL FLOWERS | Secured | NA | NA | NA | .00 | .00 |
| RAVEEN FLOWERS | Secured | NA | NA | NA | .00 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Secured | 16,452.00 | 16,526.01 | 16,526.01 | 1,212.25 | 423.90 |
| RED RIVER FEDERAL CREDIT UNION | Unsecured | 2,434.00 | 2,434.52 | 2,434.52 | 101.45 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Unsecured | 1,151.00 | 1,151.80 | 1,151.80 | 48.00 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Unsecured | .01 | 149.99 | 149.99 | 6.25 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 387.00 | 439.57 | 439.57 | 18.30 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 76.00 | 76.00 | 76.00 | 3.20 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 472.00 | 471.90 | 471.90 | 19.70 | .00 |
| SIMS FURNITURE | Secured | 167.54 | NA | NA | .00 | .00 |
| T MOBILE BY AMERICAN INFOSOURCE | Unsecured | NA | 904.58 | 904.58 | 37.70 | .00 |
| TELECOM SELF-REPORTED | Unsecured | 243.00 | NA | NA | .00 | .00 |
| THE WOMENS CLINIC | Unsecured | 34.00 | NA | NA | .00 | .00 |
| TITLEMAX | Unsecured | 240.00 | 240.00 | 240.00 | 10.00 | .00 |
| TITLEMAX | Unsecured | 240.00 | 240.00 | 240.00 | 10.00 | .00 |
| TITLEMAX | Unsecured | 240.00 | 240.00 | 240.00 | 10.00 | .00 |
| TITLEMAX | Unsecured | 240.00 | 240.00 | 240.00 | 10.00 | .00 |
| UPLIFT | Unsecured | 1,096.00 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 43,862.00 | 43,865.24 | 43,865.24 | .00 | .00 |
| VERIZON WIRELESS | Unsecured | 252.00 | NA | NA | .00 | .00 |
| WEINSTEIN AND RILEY PS | Unsecured | 1,623.00 | 1,637.91 | 1,637.91 | 136.50 | .00 |
| WEINSTEIN AND RILEY PS | Unsecured | .01 | 1,675.92 | 1,675.92 | 69.85 | .00 |
| WILLIAMS & FUDGE | Unsecured | 5,776.00 | NA | NA | .00 | .00 |
| WORLD ACCEPTANCE CORPORATION | Unsecured | 3,226.00 | 3,852.86 | 3,852.86 | 160.55 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: GLENN A WILLIAMS  
   TOUSHA F WILLIAMS  
   Debtor(s)

Case No.: 23-13171-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD ACCEPTANCE CORPORATION | Unsecured | 3,027.00 | 3,719.80 | 3,719.80 | 155.00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|  Mortgage Ongoing: | .00 | .00 | .00 |
|  Mortgage Arrearage: | .00 | .00 | .00 |
|  Debt Secured by Vehicle: | 80,979.65 | 3,931.58 | 1,374.77 |
|  All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 80,979.65 | 3,931.58 | 1,374.77 |
| **Priority Unsecured Payments:** | | | |
|  Domestic Support Arrearage: | .00 | .00 | .00 |
|  Domestic Support Ongoing: | .00 | .00 | .00 |
|  All Other Priority: | 8,988.81 | 697.31 | .00 |
| **TOTAL PRIORITY:** | 8,988.81 | 697.31 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 99,057.67 | 4,522.66 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,417.68 |
| Disbursements to Creditors: | $10,526.32 |
| **TOTAL DISBURSEMENTS:** | $13,944.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/31/2024     By: /s/Locke D. Barkley  
                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.